IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYLER KLIEGL,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>        Defendant. | 8:23CV359<br><br>**JUDGMENT** |

    Pursuant to the Order entered today (Filing No. 22), judgment is entered in favor of plaintiff Tyler Kliegl and against defendant Martin O'Malley, Commissioner of Social Security, in the amount of $3,524.46 in attorney fees.

    Dated this 18th day of March 2024.

                                              BY THE COURT:

                                              Robert F. Rossiter, Jr.
                                              Chief United States District Judge